UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cr-20508-PCH/Becerra-6

**UNITED STATES OF AMERICA**,

v.

**IVAN COTO,**

    Defendant.
_____/

### ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea [ECF No. 87], which was entered on March 1, 2023. In the R&R, Judge Becerra found that the Defendant Ivan Coto, freely and voluntarily entered a plea of guilty as to Counts I and 4 of the Superseding Indictment, which charges Defendant with conspiracy to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 846; and with possession with intent to distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1).

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Counts I and 4, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R, no objections have been filed, and the Court has been advised that no objections will be filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Counts I and 4 of the Superseding Indictment;

and (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Monday, April 24, 2023, at 2:00 PM.**

**DONE AND ORDERED** in Miami, Florida on March 3, 2023.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record